IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT B. FISHBACK,

       Plaintiff,

vs.                                                                No. CIV 12-0533 JB/GBW

HSBC RETAIL SERVICES INC. d/b/a
HSBC FURNITURE ROW; EQUIFAX
INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS
INC.; and TRANS UNION LLC,

       Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Court's Order for Stipulation of Dismissal between Plaintiff Robert Fishback and Defendant Experian Information Solutions, Inc., filed October 30, 2013 (Doc. 123)("Experian Information Order"); (ii) the Court's Order of Dismissal with Prejudice, filed November 8, 2013 (Doc. 126)("Trans Union Order"); (iii) the Joint Stipulation of Dismissal with Prejudice, filed November 22, 2013 (Doc. 134)("Equifax Information Order"); and (iv) the Stipulation of Dismissal with Prejudice, filed March 31, 2014 (Doc. 158)("HSBC Retail Order").   The Court's Experian Information Order dismissed Defendant Experian Information Solutions Inc. with prejudice.  See Experian Information Order at 1.  The Court's Trans Union Order dismissed Plaintiff Robert Fishback's claims against Defendant Trans Union LLC with prejudice.  See Trans Union Order at 1. In the Equifax Information Order, Fishback "stipulates that all claims or causes of action against Defendant Equifax" Information Services LLC "which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice."  Equifax Information Order at 1.  In the HBSC

Retail Order, the parties "stipulate[d] for dismissal of HSBC, with prejudice."   HSBC Retail

Order at 1.   Because the Experian Information Order, the Trans Union Order, the Equifax

Information Order, and the HSBC Retail Order dispose of all claims and parties in the case, entry

of final judgment is appropriate.

       **IT IS ORDERED** that all claims against all parties are dismissed with prejudice, and

final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Rob Treinen
Treinen Law Office
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Jennifer G. Anderson
Jeremy K. Harrison
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

     *Attorneys for Defendant HSBC Retail Services, Inc.,*

Patricia Williams
Wiggins, Williams & Wiggins
Albuquerque, New Mexico

--and--

Stephanie Cope
King & Spalding
Atlanta, Georgia

     *Attorneys for Defendant Equifax Information Services LLC*

Angela M. Taylor
Jones Day
Irvine, California

--and--

Charles J. Vigil
Rodey, Dickson, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

      *Attorneys for Defendant Experian Information Solutions, Inc.*

Rodney L. Schlagel
Butt, Thornton & Baehr
Albuquerque, New Mexico

--and--

Amanda Loughmiller
Paul W. Sheldon
Strasburger & Price LLP
Frisco, Texas

      *Attorneys for Defendant Trans Union LLC*